IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA JANE HICKS, *pro se*                      PLAINTIFF

v.                Case No. 03-2270

UNITED STATES OF AMERICA                  DEFENDANT

**O R D E R**

Currently before the Court is Plaintiff's Motion to Vacate Judgment. (Doc. 47.) In her motion, Plaintiff requests the Court to vacate all of its prior decisions in this case. (Doc. 47 ¶ 40.) The Court, being sufficiently advised in the premises, finds Plaintiff's motion should be, and hereby is, DENIED.

IT IS SO ORDERED this 26th day of August, 2005.

/s/ Robert T. Dawson
_____
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)